BEFORE THE SECOND DIVISION, JANUARY 3, 1967

**No. P67/1.**—Kanematsu New York, Inc., et al. *v.* United States, protests 61/17294, etc. (Los Angeles).

**No. P67/2.**—Toyomenka, Inc., et al. *v.* United States, protests 63/21552, etc. (Los Angeles).

**No. P67/3.**—Majestic Electronics, Inc., et al. *v.* United States, protests 63/21778, etc. (Los Angeles).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.